Shikeb Saddozai-CDCR#AY1590
Salinas Valley State Prison
31625 Highway 101
P.O.BOX 1050
Soledad,C.A. 93960

In pro se

FILED

JAN 22 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


Shikeb Saddozai

      Plaintiff

v.

M.B.Atchley, et al.,

      Defendant.

Case No.  20-07534(BLF(PR)

TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION APPEAL


     Notice,is hereby given that Shikeb Saddozai,plaintiff
in the above-entitled matter, appeals to the United States
Court of Appeals for the Ninth Circuit from the final order
entered in this action on: January 4,2021.


Date: Janauary 13,2021

Agent: Saddozai: Shikeb Saddozai /UCC-1-308

Shikeb Saddozai®UCC-1-308

1 | Shikeb Saddozai-AY1590
Salinas Valley State Prison
2 | 31625 Highway 101
P.O.BOX 1050
3 | Soledad,C.A. 93960
In pro se

4

5 |                UNITED STATES DISRICT COURT

6 |               NORTHERN DISTRICT OF CALIFORNIA

7
   SHIKEB SADDOZAI,                      Case No: 20-07534 BLF(PR)
8
           Petitioner,                   PREEMPTORY CHALLENGE
9                                        AGAINST A JUDGE
       v.                                PURSUANT TO CODE OF
10                                       CIVIL PROC. SEC 170.6
   M.B.Atchley, et al.,                  AND SUPPORTING
11                                       DECLARATION
           Defendant.
12

13

14      I,Shikeb Saddozai , hereby declare as follows:

15 | I am the petitioner in the above entitled action. Your Honor,
   I certify under penalty of perjury that I do not believe I can
16 | recieve a fair and impartial trial or hearing before
   Beth Labson Freeman UNITED STATES DISTRICT JUDGE
17 | because of his prejudice against me. Therefore, under Code of
   Civil Procedure § 170.6, I ask the Court to reassign this case
18 | to another judge for Civil complaint under 42 U.S.C.§1983

19
       I declare under penalty of perjury under the laws of the
20 | State of California that the foregoing is true and correct and
   that this declaration was executed on 13 day of January
21 | , at  Soledad         California.

22

23 | SUBMITTED IN PERFECT RESPECT

24 | Agent : Saddozai : Shikeb Saddozai/UCC-1-308

25 | Shikeb Saddozai®UCC-1-308
   PETITIONER IN PRO PER

26

27

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Shikeb Saddozai
_____

              Plaintiff

v.

M.B.Atchley, et al.,
_____

            Defendant(s)    /
_____

Case Number:  20-07534 BLF(PR)

**PROOF OF SERVICE**

I hereby certify that on _____January 13 2021_____, I served a copy

of the attached  TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
APPEAL AND PREEMPTORY CHALLENGE AGAINST JUDGE ,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

Salinas Valley State Prison_____.  P.O.Box 1050
Soledad,California,93960

(List Name and Address of Each
Defendant or Attorney Served)

CLERK,U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ATTN: BETH LABSON FREEMAN
450 Golden Gate Avenue
SAN FRANCISCO,C.A. 94102

I declare under penalty of perjury that the foregoing is true and correct.

Agent: Saddozai=Shikeb Saddozai/UCC-1-308
_____
(Signature of Person Completing Service)

Shikeb Saddozai - AY1590
Salinas Valley State Prison
31625 Highway 101
P.O. Box 1050
Soledad, CA. 93960

RECEIVED

STATE PRISON
GENERATED MAIL

JAN 22 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 93960 $ 000.50⁰
02 1W
0001393392 JAN 19 2021

Confidential
Legal Mail

Mail To:   Clerk, U.S. District Court
Northern Dist of California
450 Golden Gate Ave
San Francisco, CA. 94102

941028348 C004

