March 1,2021
via U.S. Postal

Mail To:

Shikeb Saddozai-CDCR#AY1590
Salinas Valkey State Prison
31625 Highway 101
P.O.BOX 1050
Soledad,C.A. 93960
**In Pro se**

FILED

MAR 04 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
FOR THE U.S.DISTRICT COURT
NORTHERN DISTRICT COURT OF CALIFORNIA
SAN FRANCISCO DIV.
450 GOLDEN GATE AVE.,
SAN FRANCISCO,CALIFORNIA 94102

RE: Shikeb Saddozai,et al., v. A.Carwithen,et al.,No. 5:21-01352-BLF
    Shikeb Saddozai,et al., v. M.B.Atchley,et al.,No. ~~5:21-01352-BLF~~, 78
    5:20-cv-07534-BLF

To Office of the Clerk:

   My name is Shikeb Saddozai,and I am the Plaintiff on the above referenced case(s) regarding Class Action pleadings I submitted via U.S. postal mail on or about: January 24, and February 4, of 2021, to be deposited,filed,recorded, in this office of the clerk for the U.S.District for the Northern District Court of California,San Francisco Div.
   Please be advised,as of today's date:March 1,2021, I have NOT received any report,statement or document required by law of pleadings being filed resulting me to suffer injury and denied equal protection of the laws.
   Please provide me a complete copy of pleadings referenced above filed and stamped with your public officer with case number upon receipt of this letter and send information requested to address as follows:

Shikeb Saddozai-AY1590
Salinas Valley State Prison
31625 Highway 101
P.O.BOX 1050
Soledad,C.A. 93960

Sincerely,

*Agent. Saddozai- Shikeb.Saddozai/UCC-1-308/207*
Shikeb Saddozai®

## NOTICE TO COUNTY CLERK AND UNITED STATES DISTRICT COURT CLERK

The minute you receive any affidavit, it is recorded. Should you refuse to record My affidavits, once deposited with you, you are committing a crime against justice under Statutes at Large Sec. 5403 and it is punishable by up to a $2000 fine and 3 years imprisonment. If your county attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, do not have the authority to represent Me.

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Destroying, &c., public records.)

SEC. 5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408,5411,5412.1]

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Conspiracy to defeat enforcement of the laws.)

SEC. 5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Destroying record by officer in charge.)

SEC. 5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

USC 18 §2076- CLERK IS TO FILE: Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

U.S. POSTAGE >> PITNEY BOWES
ZIP 93960 $ 000.50
02 1W
0001393392 MAR 02 2021

STATE PRISON
GENERATED MAIL

RECEIVED
MAR 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Shikeb Saddozai-AY1590
Salinas Valley State Prison
P.O. BOX 1050
Soledad, C.A. 93960

Mail To:

OFFICE OF THE CLERK
ATTN: Susan M. Soong
U.S. District Court
Northern District of California
450 Golden Gate Ave.;
San Francsico, C.A. 94102

CONFIDENTIAL LEGAL MAIL