1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

Plaintiff,

M.B. ATCHLEY, et al.,

Defendants.

Case No. 20-07534 BLF (PR)

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO
FILE AMENDED COMPLAINT**

(Docket No. 16)

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"), as well as the Director of the California Department of Corrections and Rehabilitation ("CDCR").  Dkt. No. 1.  On March 5, 2021, the Court dismissed the complaint with leave to file an amended complaint to state sufficient facts for a deliberate indifference claim.   Dkt. No. 14 at 10-11.  Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed, i.e., no later than April 2, 2021.  *Id.* at 10.

Plaintiff has filed a motion for an extension of time to file an amended complaint due to Covid restrictions, including limited access to the law library.  Dkt. No. 16.  Good cause appearing, the motion is GRANTED.  Plaintiff is granted an extension of forty-five days, as requested, such that his amended complaint shall be filed no later than May 17, 2021.

The amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. 20-07534 BLF (PR), and the words "AMENDED COMPLAINT" on the first page.  Plaintiff must answer all the questions on the form in order for the action to proceed.  Plaintiff is reminded that the amended complaint supersedes the original, and Plaintiff may not make references to the original complaint.  Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

**Dated:  __April 16, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.20\07534Saddazai_eot-ac

United States District Court
Northern District of California

2