UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. B. ATCHLEY, et al.,<br><br>    Defendants. | Case No. 20-cv-07534 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 79) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff and officials at Salinas Valley State Prison ("SVSP"), as well as the Director of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff's third amended complaint is the operative complaint in this matter. Dkt. No. 38. In response to the Court's order of service, Dkt. No. 40, Defendant S. Tomlinson filed a motion for summary judgment. Dkt. No. 72. On January 10, 2024, Plaintiff was granted an extension of time to file an opposition. Dkt. No. 78.

Plaintiff has filed a motion for a second extension of time on various grounds, including ongoing medical problems and lack of access to the law library. *Id.* Good cause appearing, the motion is **GRANTED**. Plaintiff shall file an opposition to Defendant's summary judgment motion **no later than March 27, 2024**, which is an extension of thirty-

five days from the original deadline of February 21, 2024.  *See* Dkt. No. 78.

Defendant shall file a reply within **fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 79.

**IT IS SO ORDERED.**

Dated:  __February 28, 2024__

BETH LABSON FREEMAN
United States District Judge

Order Granting 2nd EOT to file Opp.
PRO-SE\BLF\CR.20\07534Saddozai_eot2-opp

2