IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHIKEB SADDOZAI,** | Case No. 5:20-cv-07534-BLF |
| Plaintiff, | **ORDER** |
| v. | |
| **M. B. ATCHLEY, et al.,** | |
| Defendant. | |

Defendant in this civil rights action has filed an administrative motion to extend the April 5, 2024 deadline to file a reply in support of his Motion for Summary Judgment. (ECF No. 72.) Upon due consideration, and good cause appearing, the Court GRANTS Defendant's motion. Accordingly, the deadline for Defendant to file a reply in support of his Motion for Summary Judgment will be extended to April 29, 2024.

Dated:  __April 8, 2024_____

_____
The Honorable Beth Labson Freeman