UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. B. ATCHLEY, et al.,<br><br>    Defendants. | Case No. 20-07534 BLF (PR)<br><br>**ORDER REFERRING MATTER TO FEDERAL PRO SE PROGRAM TO LOCATE COUNSEL; DENYING MOTION AS MOOT; CONTINUING STAY**<br><br>(Docket No. 93) |

        Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). The third amended complaint ("TAC") is the operative complaint in this action, and Defendant S. Tomlinson is the sole defendant. Dkt. No. 38. On August 5, 2024, the Court denied Defendant Tomlinson's motion for summary judgment on the remaining free speech claim under the First Amendment and referred the matter for settlement proceedings. Dkt. No. 85. Despite several settlement proceedings before Magistrate Judge Robert M. Illman, the parties were unable to reach an agreement. Dkt. Nos. 88, 95, 98. Therefore, it appears that this matter will proceed to trial. Plaintiff's motion of proposed settlement and limited appointing of counsel for the purpose of settlement is DENIED as moot. Dkt. No. 93.

        This matter is referred to Haohao Song of the Federal Pro Se Program to find

counsel if possible. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

The Clerk shall forward to the Federal Pro Se Program: (1) a copy of this order, (2) a copy of the docket sheet, and (3) a copy of the operative complaint and relevant court orders. Dkt. Nos. 38, 69, 85.

This action shall remain STAYED until further notice.

**IT IS SO ORDERED.**

Dated: __February 26, 2025____

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

Order Referring to FPSP
PRO-SE\BLF\CR.20\07534Saddazai_refer-fpsp