UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>v.<br><br>M. B. ATCHLEY, et al.,<br><br>    Defendants. | Case No. 20-cv-07534 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM ORDER APPOINTING COUNSEL AND TERMINATING APPOINTMENT; VACATING CASE MANAGEMENT CONFERENCE; REINSTATING PRO SE MOTION; DENYING MOTION WITHOUT PREJUDICE**<br><br>(Docket Nos. 114, 122) |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). The third amended complaint ("TAC") is the operative complaint in this action, and Defendant S. Tomlinson is the sole defendant. Dkt. No. 38. On August 5, 2024, the Court denied Defendant Tomlinson's motion for summary judgment on the remaining free speech claim under the First Amendment and referred the matter for settlement proceedings. Dkt. No. 85. The matter has been referred for further settlement proceedings under the Pro Se Prisoner Settlement Program before Magistrate Judge Robert M. Illman. Dkt. No. 119.

On July 8, 2025, the Court appointed Ash Nagdev and Madison Ferraro of Sidley Austin LLP as counsel through a referral to the Federal Pro Se Program. Dkt. No. 112. However, counsel has filed a motion for relief from the order appointing counsel, citing

unsuccessful attempts to meet with Plaintiff to form an attorney-client relationship. Dkt. No. 122. Good cause appearing, the motion is **GRANTED**. The appointment of Ash Nagdev and Madison Ferraro as counsel for Plaintiff is **TERMINATED**. Their names shall be removed from the docket. The case management conference set for September 18, 2025, shall be vacated. It shall be reset in the event further settlement proceedings before Judge Illman are unsuccessful. *See* Dkt. No. 124.

The Court terminated Plaintiff's prior filing, "pro se emergency motion for protective/restraining order and motion for preliminary injunction and/or administrative relief," (Dkt. No. 114) because he had counsel at the time. Dkt. No. 116. In light of his return to *pro se* status, Plaintiff's motion shall be reinstated. However, that motion does not seek relief from this court but is addressed to the Ninth Circuit. Id. at 1. Accordingly, it is **DENIED without prejudice** to filing in the appropriate appellate court.

This order terminates Docket Nos. 114 and 122.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____
BETH LABSON FREEMAN
United States District Judge

Order Appointing Counsel
PRO-SE\BLF\CR.20\07534Saddazai_fpsp.appt.atty